UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELIA S. VALENCIA,<br><br>       Plaintiff,<br><br>       v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>       Defendant. | No. 8:21-cv-01389 AFM<br><br>**[PROPOSED] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND COSTS** |

Based upon the parties' Stipulation for Award and Payment of Attorney Fees, IT IS ORDERED that the Commissioner shall pay attorney fees and expenses under the Equal Access To Justice Act (EAJA), 28 U.S.C. §2412(d), in the amount of FOUR THOUSAND SEVEN HUNDRED SIXTY DOLLARS and NO CENTS ($4,760.00), and costs under 28 U.S.C. §1920, in the amount of ZERO DOLLARS AND NO CENTS ($0.00), subject to the terms of the above-referenced Stipulation.

Dated: 12/27/2022

_____
THE HONORABLE ALEXANDER F. MacKINNON
UNITED STATES MAGISTRATE JUDGE

1